901 A.2d 471

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Charles C. WRIGHT, Respondent.**

**No. 972 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 15, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of May, 2006, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 1, 2006, it is hereby

ORDERED that Charles C. Wright be and he is disbarred from the Bar of this Commonwealth retroactive to December 22, 2004, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.